## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF RHODE ISLAND

Sophal Phy

    Petitioner,

v.                                      CA: 26-CV-00054-MRD-PAS

David Westling, et al..

    Respondents.

### ORDER

To give the Court time to consider the pending petition, unless otherwise ordered by the Court, the petitioner shall not be moved outside the District of Rhode Island without providing the Court with at least 72 hours' advance notice of the move and the reason therefore. Any such 72- hour notice period shall commence at the date and time such notice is filed and expire 72 hours later, except "[i]f the period would end on a Saturday, Sunday, or legal holiday, the period continues to run until the same time on the next day that is not a Saturday, Sunday, or legal holiday." Fed. R. Civ. P. 6(a)(2)(C).

    IT IS SO ORDERED.

Date: 1/28/2026                          _____
                                              Melissa R. DuBose
                                              United States District Judge